# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 23-00601-JLS |
| Date | October 11, 2024 |

**Present: The Honorable** JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE

**Interpreter** None

| Kelly Davis | Miranda Algorri | Joshua Mausner |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Anthony Farrer | | X | X | Erica Choi, DFPD | | X | X |

**PROCEEDINGS:** CHANGE OF PLEA

X   Defendant moves to change plea to the Indictment.

X   Defendant sworn, and states true name as charged.

X   Defendant enters new and different plea of GUILTY to Counts 1 and 7 of the Indictment.

X   The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid, and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

X   The Court further ORDERS the Plea Agreement incorporated into this proceeding.

X   The Court refers the defendant to the Probation Office for investigation and pre-sentencing report, and the matter is continued to **January 31, 2025** at 8:30 a.m. for sentencing. Further, sentencing position papers are to be filed with the Court no later than two (2) weeks before the date of sentencing, including service on the assigned U.S. Probation Officer.

X   The Status Conference and Jury Trial dates are ordered VACATED.

:   42

Initials of Deputy Clerk   kd